No. 02–1612. HOLLOWAY v. JOHNSON, ACTING SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1625. DAWKINS ET UX. v. WITT, DIRECTOR, FEDERAL EMERGENCY MANAGEMENT AGENCY. C. A. 4th Cir. Certiorari denied.

No. 02–1627. CAVELY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–1636. ALEMAN v. STERNES, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–1641. WILSON v. CIRCUIT COURT OF MADISON COUNTY, ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 02–1656. PHONOMETRICS, INC. v. WESTIN HOTEL CO. C. A. Fed. Cir. Certiorari denied.

No. 02–1661. MAHORNER v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–1683. WEAVER v. JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–1693. TRI, INC. v. BOISE CASCADE OFFICE PRODUCTS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–1714. NAGEL v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–1738. PROL v. PROL. Super. Ct. Pa. Certiorari denied.

No. 02–7489. ROSALES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7669. GREY BEAR v. NORTH DAKOTA DEPARTMENT OF HUMAN SERVICES. Sup. Ct. N. D. Certiorari denied.